```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF MISSOURI
                           EASTERN DIVISION


IN RE:                           )    CASE NO: 08-40400-399
                                 )
CHERYL L PICKENS                 )
                                 )    CHAPTER 13
                                 )
                                 )
            DEBTOR(S)             )


              LIST OF UNCLAIMED FUNDS AND ENTITIES
                 WHICH ARE ENTITLED TO PAYMENT

     COMES NOW JOHN V. LABARGE, JR., CHAPTER 13 TRUSTEE, AND PROVIDES
LIST FOR FILING PURSUANT TO BANKRUPTCY RULE 3011.  THE FOLLOWING IS A
LIST OF ALL KNOWN NAMES AND ADDRESSES OF THE ENTITIES AND THE AMOUNTS
WHICH  THEY  ARE  ENTITLED  TO BE PAID FROM REMAINING PROPERTY OF THE
ESTATE THAT IS PAID HEREWITH INTO COURT PURSUANT TO 11 U.S.C. SECTION
347(A):


EZ PAYDAY LOAN
11821 ADIE RD                         $              60.28

MARYLAND HEIGHTS MO
159610               63043

                                 /s/ John V. LaBarge, Jr.
                                 -----------------------------------
DATE: February 28, 2011          JOHN V. LABARGE, JR.,
                                 CHAPTER 13 TRUSTEE
                                 P.O. Box 430908
                                 St. Louis, MO 63143
XC -091                          (314) 781-8100   trust33@ch13stl.com
```